

# United States District Court
# For the District of Columbia

Concerned Rosebud Area Citizens, et al. )
)
)
) CASE NUMBER 1:05CV01275
)
vs     Plaintiff )
) JUDGE: James Robertson
)
) DECK TYPE: Administrative Agency Review
Norton, et al. )
) DATE STAMP: 06/24/2005
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for _Plaintiffs_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _Concerned Rosebud Area Citizens, Humane Farming Assn., South Dakota Peace & Justice Center, and Prairie Hills Audubon Society of Western South Dakota_ which have any outstanding securities in the hands of the public: None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
James B. Dougherty

Signature

939538
BAR IDENTIFICATION NO.

Print Name
James B. Dougherty

Address
709 3rd St. SW

City     State    Zip Code
Washington DC 20024

Phone Number