IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
CONCERNED ROSEBUD AREA CITIZENS, *et al.*   )
                                            )
    Plaintiffs,                          )
                                            )
        v.                                )   Civ. No. 05-1275
                                            )
NORTON, *et al.*,                           )
                                            )
    Defendants,                          )
                                            )
_____ )

**CONSENT MOTION FOR ADDITIONAL TIME**

    Plaintiffs request leave of Court to submit their opposition to Defendants' Motion to Dismiss or Transfer Venue two weeks out of time, *i.e.*, on or before September 16, 2005. Plaintiffs' counsel is recovering from a bicycle accident, and will be on a long-scheduled vacation the week of September 5.

    Counsel for the government not oppose the granting of this motion.

    Respectfully submitted this 1st day of September, 2005.

    James B. Dougherty
    D.C. Bar No. 939538
    709 3rd St. SW
    Washington DC 20024
    (202)488-1140 (voice)
    (202)484-1789 (fax)

    Counsel for Plaintiffs