IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
CONCERNED ROSEBUD AREA CITIZENS, *et al.*   )
                                            )
    Plaintiffs,                             )
                                            )
        v.                                  )   Civ. No. 05-1275
                                            )
NORTON, *et al.*,                           )
                                            )
    Defendants,                             )
                                            )
_____)

**SECOND CONSENT MOTION FOR ADDITIONAL TIME**

Plaintiffs request leave of Court to submit their opposition to Defendants' Motion to Dismiss or Transfer Venue four weeks out of time, *i.e.*, on or before September 30, 2005. Plaintiffs' counsel is recovering from a head injury associated with a bicycle accident, and is very hopeful of being well within two weeks.

Counsel for the government not oppose the granting of this motion.

Respectfully submitted this 16th day of September, 2005.


James B. Dougherty
D.C. Bar No. 939538
709 3rd St. SW
Washington DC 20024
(202)488-1140 (voice)
(202)484-1789 (fax)

Counsel for Plaintiffs