# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                           )

CONCERNED ROSEBUD AREA CITIZENS, *et al.* )
                           )

    Plaintiffs,                    )
                           )

       v.                      )   Civ. No. 05-1275
                           )

NORTON, *et al.*,                )
                           )

    Defendants,               )
                           )
_____)

## ORDER

In consideration of Plaintiffs' Second Motion for Additional Time to Reply to Defendants' Motion to Dismiss or, Alternatively, Transfer Venue, and the lack of opposition thereto, it is hereby ORDERED that Plaintiffs' Motion is GRANTED. Plaintiffs have until September 30, 2005 to file an opposition.


Dated:                                     _____

                                     James Robertson
                                     UNITED STATES DISTRICT JUDGE