IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                              )
CONCERNED ROSEBUD AREA CITIZENS, *et al.*  )
                                              )
    Plaintiffs,                          )
                                              )
        v.                                )  Civ. No. 05-1275
                                              )
NORTON, *et al.*,                             )
                                              )
    Defendants,                          )
                                              )
_____)

**THIRD CONSENT MOTION FOR ADDITIONAL TIME**

    Plaintiffs request leave of Court to submit their opposition to Defendants' Motion to Dismiss or Transfer Venue six weeks out of time, *i.e.*, on or before October 14, 2005. Plaintiffs' counsel is recovering from a head injury associated with a bicycle accident. No further extensions will be sought.

    Counsel for the government not oppose the granting of this motion.

    Respectfully submitted this 3rd day of October, 2005.


                                               James B. Dougherty
                                               D.C. Bar No. 939538
                                               709 3rd St. SW
                                               Washington DC 20024
                                               (202)488-1140 (voice)
                                               (202)484-1789 (fax)

                                               Counsel for Plaintiffs