## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                       )
CONCERNED ROSEBUD AREA CITIZENS, *et al.* )
                                       )
    Plaintiffs,                    )
                                       )
    v.                             )    Civ. No. 05-1275
                                       )
NORTON, *et al.*,                      )
                                       )
    Defendants,                    )
                                       )
_____)

## ORDER

In consideration of Plaintiffs' Third Consent Motion for Additional Time to Reply to Defendants' Motion to Dismiss or, Alternatively, Transfer Venue, and the lack of opposition thereto, it is hereby ORDERED that Plaintiffs' Motion is GRANTED. Plaintiffs have until October 14, 2005 to file an opposition.


Dated:                                                    _____
                                                         James Robertson
                                                         UNITED STATES DISTRICT JUDGE