Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONCERNED ROSEBUD AREA
    CITIZENS, et al.,              )

        Plaintiffs,        )

      v.             )    No. 1:98CV002841 (JHG)

BRUCE BABBITT, Secretary of the Interior,  )
    U.S. Department of the Interior, et al.,  )    **FILED**

        Defendants.      )    FEB 0 1 1999
_____)

Clerk, U.S. District Court
District of Columbia

## JOINT STIPULATION OF DISMISSAL

The Plaintiffs and the Defendants ("the Parties") in the above captioned case hereby agree and stipulate to the following:

    1.    As stated in the letter, dated January 27, 1999, from Assistant Secretary–Indian Affairs Kevin Gover to Norman Wilson, President of the Rosebud Sioux Tribe, which letter is attached to and incorporated into this Stipulation, Mr. Gover states that the approval of the Lease between the Tribe and Sun Prairie for the pork production facility at issue in this case ('the Lease") "is, and always has been, void for failure to fully comply with [the National Environmental Policy Act, 43 U.S.C. §§ 4332 et seq]."

    2.    The Parties will attempt to negotiate an appropriate amount of attorneys fees and costs to be paid to Plaintiffs. If no such agreement is reached before March 1, 1999, Plaintiffs will have until April 1, 1999, to file such petition with the Court.

    3.    Because the Lease is void, the Parties agree that this case should be dismissed without prejudice.

/ / /

/ / /

/ / /

/ / /

FOR PLAINTIFFS:                                    FOR DEFENDANTS:


_Gretchen G. Biggs_ /RAR                          _R. Anthony Rogers_
Gretchen G. Biggs, Esq.                            R. Anthony Rogers (D.C. Bar #54056)
Animal Law Center                                  U.S. Department of Justice
421 Highland Avenue                                Environment & Natural Resources Division
Boulder, CO 80302                                  General Litigation Section
                                                   P.O. Box 633
                                                   Washington, DC 20044-0633


Dated: January 29, 1999                            Dated: January 29, 1999


        IT IS SO ORDERED.


                                              _Joyce Hens Green_
                                              JOYCE HENS GREEN
                                              United States District Judge


Dated: _February 1_____, 1999.