# BELL FARMING GROUP

701-642-4021
FAX 701-642-9237

November 17, 1998

509 DAKOTA AVENUE
WAHPETON, ND 58075

*By Facsimile to:*

Elizabeth A. Bell, Senior Advisor
Office of the Assistant Secretary for Indian Affairs
U. S. Department of the Interior
1849 C Street NW (MS4140)
Washington, DC 20240

Dear Elizabeth:

Thank you for taking time to travel to the Rosebud Reservation in South Dakota on Monday, November 16, to learn more about the Pork Production System which we are developing with the Rosebud Sioux Tribe. Please thank your colleagues for their efforts as well.

I believe much was accomplished in developing a business relationship with your agency. We are continuing to work on our proposal for the reclamation of the Pork Production site in the event of closure. We are studying the costs and feasibility of establishing an interest bearing reserve account which should provide financial assurance for the Rosebud Tribe, as well as the state and federal governments, in the event of a stoppage of the project, or possible utilization of the fund in the unlikely event that an environmental problem should occur. Our engineering staff will have numbers prepared for this document very soon. I have also discussed this proposal with Greg Fontaine, our legal counsel, who is helping us prepare the terms.

The methods used for managing the mitigation measures with Title 18 and 19 are also moving along at a good pace. I expect the draft to arrive tomorrow of the proposed amendments to the code. We will review them very quickly and forward the draft to you for your comments. If you have additional thoughts that may have come to your mind since our meeting yesterday, please feel free to call.

We will continue to work diligently to resolve these two very important remaining issues. Thank you again for your cooperation.

Sincerely,

*[signature: Rich Bell]*

Rich Bell

cc: Steve Bell
    Norman Wilson

4   1403

TOTAL P.01