# Enviro-Ag Engineering, Inc.
ENGINEERING CONSULTANTS

January 22, 1999

Rosebud Sioux Tribe - Water Resources
ATTENTION: Syed Huq
Hospital Road
Rosebud, SD 57570

RE: Revised information for Technical Design Specifications, Grassy Knoll Finish Facility, Mellette County, South Dakota.

Dear Mr. Huq:

Enclosed, please find the revisions to the Technical Design Specifications for the Grassy Knoll Finish Facility. The following items need to be replaced/inserted in this document:

| | |
|---|---|
| Section B - Waste Management System | Replace |
| Attachment 1 - Total Design Storage Volume for Digester & Evap Ponds | Replace |
| Attachment 3C - 27-Year Water Balance, 2.0 gal/hd/day | Replace |
| Attachment 3E - 27-Year Water Balance, 1.75 gal/hd/day | Replace |
| Attachment 4B - Extended Boring Logs | Insert |
| Attachment 6 - Digester Sewer Inlet | Insert |

Should you have any questions, please do not hesitate to contact us as soon as possible.

Sincerely,

Shawn Higgins
Enviro-Ag Engineering, Inc.

Encl.

Cc:   See attached list

4   1966

---

702 QUAIL CREEK DRIVE • AMARILLO, TX 79124 • TEL (806) 353-6123 • FAX (806) 353-4132

## *FED EX Packages for Technical Specifications Revisions*

1. Syed Huq
   Rosebud Sioux Tribe - Water Resources
   240 Legion Ave.
   Red Log Building
   Rosebud, SD 57570
   (605) 747-2559

2. Elizabeth Bell - BIA - MONDAY DELIVERY
   1849 C Street NW
   Room 4148
   Washington D.C., 20240
   (202) 208-4173

3. Jeff Lohman - BIA - MONDAY DELIVERY
   1849 C Street NW
   MS 4516
   Washington D.C., 20240
   (202) 208-5474

4. Kenneth Dewell - MONDAY DELIVERY
   Viken, Pechota, Leach, and Dewell, LLP
   1617 Sheridan Lake Rd
   Rapid City, SD 57702
   (605) 341-4400

5. Bell Farms - MONDAY DELIVERY
   Mr. Rich Bell
   509 Dakota Avenue
   Wahpeton, ND 58075
   (800) 573-6075

6. National Swine Builders - MONDAY DELIVERY
   Mr. Naresh Pallegar
   1014 Carson Court
   Flint, MI 48503
   (810) 234-5111

7. National Swine Builders - MONDAY DELIVERY
   412 Main Avenue
   Clear Lake, IA 50428
   (515) 357-1561

4   1967

The balance of this document is omitted for the sake of brevity.