# DORSEY & WHITNEY LLP

| | | |
|---|---|---|
| MINNEAPOLIS | PILLSBURY CENTER SOUTH | NEW YORK |
| WASHINGTON, D.C. | 220 SOUTH SIXTH STREET | DENVER |
| LONDON | MINNEAPOLIS, MINNESOTA 55402-1498 | SEATTLE |
| BRUSSELS | TELEPHONE: (612) 340-2600 | FARGO |
| HONG KONG | FAX: (612) 340-2868 | BILLINGS |
| DES MOINES | | |
| ROCHESTER | **JEFFREY S. DILLEN** | MISSOULA |
| COSTA MESA | **(612) 340-5634** | GREAT FALLS |
| | FAX (612) 340-2807 | |
| | dillen.jeffrey@dorseylaw.com | |

January 25, 1999

**BY FEDERAL EXPRESS**
Maria Wiseman
DOI, Division of Indian Affairs
1849 C Street NW
Mailstop 6456
Washington, D.C. 20240

     Re:    Bell Farms/Rosebud Sioux Farms

Dear Ms. Wiseman:

     As per your request, I am submitting to you a Water Resources Investigation Report, and a Geological Survey for Selected Ground-Water-Quality Data for the Water-Resources Investigation of Mellette and Todd Counties of South Dakota (Items 10 and 11 on the index delivered to you on Friday, January 22, 1999).

     If you have any questions, please give me a call.

     Very truly yours,

     Jeffrey S. Dillen

JSD/rjo
Enclosures