# Fax

**Name:** Maria Wiseman
**Organization:** BIA HQ
**Fax:** 202-219-1791
**Phone:**

**From:** Monica Heimdal
**Organization:** USEPA Region 8

**Date:** 01/08/98
**Subject:** Bell Farms Storm Water Inspection Report
**Pages:** 13 (including Fax cover sheet)

Comments: *In response to your request, the report of the storm water inspection conducted at the Bell Farms Grassy Knoll site follows. Please contact me at 303-312-6359 if you have any questions.*

4   1621