

United States
Environmental Protection
Agency
Region 8

Denver Place
999 18th Street, Suite 600
Denver, Colorado 80202-2405

OPTIONAL FORM 99 (7-90)

**FAX TRANSMITTAL**  # of pages ▶ 3

To: MARIA WISEMAN   From: JEFF
Dept/Agency          Phone #
Fax #: 219 1791      Fax #:
NSN 7540-01-317-7368   5099-101   GENERAL SERVICES ADMINISTRATION

1/6/99

## PRELIMINARY TECHNICAL FOLLOW-UP QUESTIONS TO 12/24/98 ENVIRO-AG ENGINEERING LETTER TO SYED HUQ

<u>Anaerobic Digester Design</u>

1. The latest design we have is the Conceptual Guidelines for Rosebud Pork Production Finish and Sow Facilities (not dated) prepared by Enviro-Ag Engineering. If there is an updated design document for the anaerobic digester, please provide it to us.

   The 12/24/99 letter states, "The essential elements of a digester are temperature control and mixing. The PAD designed for Grassy Knoll meets these criteria." The design documents provided to EPA do not contain specifications for temperature control and mixing. Please provide the designs in addition to answering the following questions?. Has a heating and cooling analysis been done for the digester? Has the potential for corrosion or salt build up in the mixing and heating system been evaluated?

2. The Safley and Westerman report cited in the 12/24/98 letter is a laboratory scale study (i.e. used 2 liter laboratory digesters). If this study is what is being relied on for the design basis, then EPA has several concerns. The Conceptual Design Guidelines (page 6) state that the loading rates were based on a different Safley, et al. report titled, Low Temperature Lagoon Digesters for Biogas Production from Swine Manure (1993). The report cited in the Conceptual Guidelines was supposedly a full scale project. Please clarify what research papers were relied upon for the design basis of the digester and provide copies of the papers, if other than what you have already sent to EPA.

   In addition to technical references, please provide data and detailed discussions for the operation of existing anaerobic digester systems with the same design basis as the Rosebud system (e.g. the Las Animas facility).

3. Please provide your calculations, including all assumptions and any referenced documents, that show that the sludge accumulation volume will fill in 11 years. After the sludge accumulation volume has filled, provide a mass balance for solids from year 11 through year 25.

4. The 12/24/98 letter states that "The manure production values used in designing this treatment system was taken primarily from NRCS." Please provide the derivation of the 0.157 ft$^3$/lb LAW and the associated references to NRCS.

5. Is there an operational plan for acclimating the digester to elevated ammonia concentrations? Please provide the operational plan if one exists. If a plan does not exist, why not?

1

4  1607

6. In the event solids need to be disposed of, are there design plans for the sludge drying beds? Have potential areas and anticipated sludge application rates been evaluated for the land application option? For the landfill option, will an existing landfill be used or do you intend to construct a landfill? What design criteria will be used for the construction of a landfill?

Evaporation Basin Design

1. The evaporation model appears to start with the lagoon empty. Once the lagoon reaches it's operating level will there be sufficient evaporation to prevent encroachment on the 25 year, 24 hour reserve capacity and the freeboard? Please provide your assumptions, calculations and model for the derivation of the water balance. The current model provided to EPA only runs to the 10th year. Please run the model out for 25 years.

2. Based on our discussions with NRCS representatives, it appears that the evaporation data (Mission Station) used in the evaporation model is Class "A" pan evaporation. Please track down the source of the evaporation data and confirm whether it is free surface lake evaporation or Class "A" pan. Please define "gross lake evaporation" in terms of free surface lake evaporation, pan or other recognized terms.

3. Please provide the bottom surface area (not including the area of the side walls) for each of the proposed Grassy Knoll evaporation lagoons.

Soil Borings

1. Please provide the surface elevations for the boring logs.

2. The Environmental Assessment describes the Pierre Shale as gray or black shale. The descriptions in many of the EB Geologic Drill Logs are gray and red, and brown and red clay. The Environmental Assessment states, "Overlying the Pierre Shale is the Tertiary White River Group, consisting of the Oligocene Brule and Chadron Formations.." Is the gray and red, and brown and red clay more indicative of the overlying formations rather than the Pierre Shale? If not, why not?

Concrete

1. What technical guidelines were used for the construction of the flush pits (e.g. NRCS, American Concrete Institute etc.)?