# facsimile
## TRANSMITTAL

**to:** President Norman G. Wilson, Rosebud Sioux Tribe
**fax #:** (605) 747-2905
**re:** Meeting with Kevin Gover, Assistant Secretary-Indian Affairs
**date:** December 3, 1998
**pages:** 1, including this cover sheet.

As requested, the following is information on the meeting with Kevin Gover, Assistant Secretary-Indian Affairs.

The meeting is scheduled from 11:00am to 12:00pm on Monday, December, 7, 1998, in room 4160 of the Main Interior Building located at 1849 C Street, NW, Washington, DC.

The purpose of the meeting is to discuss: 1) the Bureau of Indian Affairs (BIA) trust responsibility related to its approval of the lease between the Rosebud Sioux Tribe and Sun Prairie for the propose of developing and operating a pork production facility; 2) the BIA's compliance with the National Environmental Policy Act (NEPA) for the purpose of the lease approval; and 3) options for responding to the current litigation over the BIA's lease approval and NEPA compliance.

Thank you for your cooperation in scheduling this meeting so quickly, and we look forward to meeting with you on Monday. If you have any questions, please contact me at (202) 208-4173 or the Assistant Secretary's scheduler, Jean Maybee, at (202) 208-7163.

From the desk of...

**Elizabeth A. Bell**
Senior Advisor
Office of the Assistant Secretary - Indian Affairs
1849 C Street NW (MS 4140)
Washington, DC 20240

(202) 208-4173
Fax: (202) 208-6334

4   1410