January 21, 1999

The Honorable Kevin Gover
Assistant Secretary for Indian Affairs
Bureau of Indian Affairs
U.S. Department of the Interior
MS: 4160, 1849 C Street, NW
Washington, D.C. 20240

Re: Grassy Knoll Hog Finish Facility

Dear Assistant Secretary Gover:

As a consultant to Mr. Jeff Loman and the Bureau of Indian Affairs, I have reviewed the construction plans and specifications, the pollution prevention plan, and the environmental assessment for Site 1 of the Grassy Knoll Finish Facility in South Dakota.

This facility employs a low-temperature anaerobic digester (LTAD) which will generate methane (more in the summer and less in the winter). This facility is described by a 1996 NRCS interim conservation practice standard (Code 360). The proposed LTAD can handle a 25-year, 24-hour storm and should require removal of solids no more often than every seven (7) years. Therefore it qualifies as a "No Discharge Facility" under the provisions of the Clean Water Act's NPDES (National Pollutant Discharge Elimination System) program. A comprehensive nutrient management plan would be submitted when the time for sludge removal approaches.

The LTAD effluent will flow into an evaporation pond at only slightly above the rate of manure production plus rain since flush water will be taken from LTAD-fed refresh ponds. The evaporation pond has been designed with enough volume to accept the water from a 25-year 24-hour storm and with enough surface area for total evaporation of the wastewater. Therefore, it also qualifies as a "No Discharge Facility."

The liner specifications under each basin exceed state and federal standards for minimizing leakage.

Adequate plans are in place to monitor ground water quality, sludge accumulation, pond depth, digester temperatures, pH, etc. to assure proper operation and detection of environmental problems. Adequate contingency plans are in place to address potential problems.

This facility advances the current practice of the swine industry for odor control by covering the first stage treatment basin (LTAD), by frequently removing manure from the buildings, and by siting the facility at a remote location. The cover and potential utilization of biogas constitute an innovative odor abatement technology.

*January 21, 1999 - Page 2*

In my opinion, the Grassy Knoll Finish Facility has been properly designed to ensure the environmental protection of surface and ground water. It has also been designed to minimize occupational health risk of the workers.

I am impressed with the level and quality of planning and design that has occurred with this facility. The designers have responded to a variety of constructive suggestions from several people. Indeed, this facility may set a new environmental protection standard for the swine industry. It appears to meet or exceed the recommendations of the National Environmental Dialogue on Pork Production (December 16, 1997), the South Dakota General Water Pollution Control Permit for swine operations (February 1, 1997), and the EPA/USDA Draft Strategy (currently under public review and comment).

Please do not hesitate to contact me if you have questions.

Sincerely,

Albert J. Heber, Ph.D., P.E.
Associate Professor
4057 W 200 N
Delphi, IN 46923

cc:    Jeffrey A. Loman