Exhibit 12



EXECUTIVE OFFICE OF THE PRESIDENT
COUNCIL ON ENVIRONMENTAL QUALITY
WASHINGTON, D.C. 20503

January 20, 1999

Ms. Nancy Hilding
President
Prairie Hills Audubon Society
P.O. Box 792
Rapid City, SD 57709

Re: Freedom of Information Act Request

Dear Ms. Hilding:

This is in response to your Freedom of Information Act request dated November 25, 1998. In that request, you sought all documents relating to agency meetings with EPA and BIA about the "Proposed Rosebud Pork Production Facility" EA and FONSI.

As the Council's Freedom of Information Officer, I have overseen a search of CEQ files and reviewed your request with the relevant staff. I have found the attached approximately 69 pages of responsive documents. Your request that fees be waived has been granted. Finally, I have not withheld any responsive documents. Pursuant to our discussion yesterday, you agreed that I need not duplicate and send to you the following documents, which you already have in your possession: a copy of the Complaint in Concerned Rosebud Area Citizens v. Babbitt, a letter from Marlene K. Halverson of September 28, 1998 to Kevin Gover with attachments, and a copy of the Environmental Assessment.

If you are dissatisfied with my action on this request you may appeal it by writing to the CEQ FOIA Appeals Officer, 722 Jackson Place, N.W., Washington, D.C., 20503, within 45 days of the date of this letter. Thanks for your cooperation during this process.

Sincerely,

Ellen M. Athas
Freedom of Information Officer and
Deputy General Counsel

BIA Bell Farm

1. Mig. from ponds → groundwater

2. Groundwater usage
   — Ogella acquifer

3. Enforceability
   Closure plan
   — in lease — BIA feels its too narrow (just abandonment)
   concerned about reopening leasing

4. Bond — not enthusiastic
   — agreed to work up figures

   _____

   NPDES — Co. said they would apply —
   — don't need it
   Non-discharging facility

11-9-98

| NAME | AGENCY | Phone | Fax |
|---|---|---|---|
| Carol Campbell | USEPA (NEPA)(R8) | 303-312-6340 | 303-312-6071 |
| Kerrigan Clough | USEPA R-8 | 303-312-6241 | |
| Jeff Parsons | CEQ | 202-395-7426 | 202-456-0753 |
| Derril Jordan | DOI/SOL | 202-208-3401 | 202-219-1791 |
| Elizabeth Bell | DOI/OASIA | 202-208-4173 | 202-208-6334 |
| Jean Rice | DOI/SOL | 202-208-6260 | 202-219-1791 |
| Jeffery Loman | BIA | 202-208-5474 | 219-1255 |
| Jerry Gidner | BIA | 202-208-5696 | 219-1255 |
| Paul Cassier | EPA/OGC | 202-260-7630 | 260-7702 |
| Obie Ashford | NRCS | 301-504-2330 | 301-504-2291 |
| Alan Epps | NRCS | 202 720-8576 | |
| James Pendergast | USEPA/Office Water | 202-260-9545 x1460 | |
| Richard Regan | EPA/AIEO | 202-260-1608 | 202-260-7509 |
| Brad Campbell | CEQ | 202-395-5750 | |
| Dinah Bear | CEQ | 395-7421 | 456-0753 |

Proposed Hog Facility
Rosebud Sioux
Nov. 19, 1998

| NAME | AGENCY | Phone | FAX |
|---|---|---|---|
| Aleriah Bear | CEO | 395-4421 | 456-0753 |
| Carol Campbell | USEPA | 303-312-6340 | 312-6074 |
| Steve Tuber | USEPA | 303-312-6260 | 312-7084 |
| Jim Pendergast | EPA - Permits | 202-260-9545 | 260-1460 |
| Tony Hanson | EPA - AIEO | 202 260 8106 | 260 7509 |
| Pat Webb | DOJ-ENRD-G.L. | 202 305-0451 | 202-305-0506 |
| Tony Rogers | DOJ-ENRD-Gen. Lit. | 202-305-0483 | 202-305-0506 |
| Roger Martella | DOJ-ENRD-Indian Resources | 202-514-2912 | 202-305-0271 |
| Jeffery Loman | BIA/WASH | (202)208-5471 | (202)219-1250 |
| Scott Jiff | DOJ/ENRD | 514-3426 | 514-6557 |
| Peter Coppelman | DOJ ENRD/ONRG | 514-2701 | 514-4577 |
| Rachel Jacobson | DOJ-ENRD-Enforcement | 514-5474 | 616-6583 |
| Matthew Morrison | DOJ-ENRD-Enforcement | 514-3932 | 616-6583 |
| Kathryn Hoecker | OIT Civil | 307-6390 | 514-6420 |
| Paul Bangser | EPA-OGC | (202)260-7630 | 260-7702 |
| Elizabeth Bell | DOI-ASIA | 202 208-4173 | 208-6334 |
| Derril Jordan | DOI-SOL | 202-208-3401 | 219-1791 |

11/24/8:

BIA/CEQ/EPA/DOJ MEETING
Bell Farms Litigation

| Name | Office | Phone |
|---|---|---|
| Jerry Gidney | BIA, ENVT'L | 202-208-5696) FAX 219 |
| Jeffery Lohman | BIA, CENTRAL | (202) 208-5474) 1251 |
| Jim Pendergast | EPA, Off. Water | 202-260-9545 / FAX x1460 |
| Tony Hanson | EPA, AIEO | 202 260-8106 fax 7509 |
| Elizabeth Bell | BIA, OASIA | 202 208-4143 |
| Derril Jordan | DOI/SOL | 202 208-3401 |
| Daniel Dean | CEQ/OGC | 202 395-7421 |
| Jeff Parsons | CEQ | 202-395-7426 |
| David Etheridge | DOI/SOL | 202-208-4361 |
| Maria Wiseman | DOI/SOL | 202-208-7227 |
| Pat Weiss | DOJ/ENRD/GenLit | 202-305-0451) FAX -30 |
| Tony Rogers | DOJ/ENRD/GenLit | 202-305-0483) 0251 |
| Roger Martella | DOJ/ENRD/Indian Res. | 202-514-2912/305-0251 FA |