

# United States Department of the Interior

OFFICE OF THE SECRETARY
Washington, D.C. 20240

JAN 27 1999

Norman G. Wilson
President
Rosebud Sioux Tribe
P.O. Box 430
Rosebud, South Dakota 57570

Dear President Wilson:

As you are aware, over the past few months, the Bureau of Indian Affairs (BIA) has been working closely with the Rosebud Sioux Tribe and the Bell Farming Group to address various issues related to the environmental review, construction and operation of the Rosebud Pork Production Facility. Unfortunately, despite these cooperative efforts, I have concluded that the August 14, 1998, *Environmental Assessment for Proposed Pork Production Facility* (EA) does not fully comply with the requirements of the National Environmental Policy Act (NEPA) and, therefore, is an insufficient basis for BIA's August 14, 1998, Finding of No Significant Impact (FONSI). Since BIA's approval of the *Land Lease between Rosebud Sioux Tribe and Sun Prairie* is based, in part, on the FONSI and since compliance with NEPA is a prerequisite to approving the lease, my conclusion that the EA does not fully comply with NEPA and, therefore, does not support the FONSI, consequently means that BIA's lease approval is void. Therefore, and regretfully, I am hereby giving notice to you that BIA's September 16, 1998, approval of the Land Lease is, and always has been, void for failure to fully comply with NEPA. See *Sangre de Cristo Development Co., Inc. v. United States*, 932 F2d 891, 894 (10th Cir. 1991).

In reaching this conclusion, I want to be perfectly clear that my decision regarding BIA's lease approval is based solely on my conclusion that the EA does not fully comply with NEPA and does not reflect BIA's judgment of the technical or environmental soundness of the project. Since I believe this project can be designed, constructed and operated in a manner that is environmentally sound and because I continue to support the Tribe's efforts to bring economic opportunities to the reservation, I encourage you to resubmit to BIA a proposal to develop this project based on a lease arrangement with the Bell Farming Group or Sun Prairie. If you have any questions or would like to discuss this matter further, please contact me at (202) 208-7163.

Sincerely,

Kevin Gover
Assistant Secretary - Indian Affairs