

**Jerry Gidner**
05/14/2002 02:16 PM

To: Neal McCaleb/DC/BIA/DOI@BIA
cc: Cora Jones/Aberdeen/BIA/DOI@BIA, Sharon Blackwell/DC/BIA/DOI@BIA, Terry Virden/DC/BIA/DOI@BIA, Jackie Cheek/DC/BIA/DOI@BIA, JoAnn Young/Aberdeen/BIA/DOI@BIA, Roy Pulfrey/Aberdeen/BIA/DOI@BIA, Donald Sutherland/DC/BIA/DOI@BIA, Aurene Martin/DC/BIA/DOI@BIA
cc: Cora Jones/Aberdeen/BIA/DOI@BIA, Sharon Blackwell/DC/BIA/DOI@BIA, Terry Virden/DC/BIA/DOI@BIA, Jackie Cheek/DC/BIA/DOI@BIA, JoAnn Young/Aberdeen/BIA/DOI@BIA, Roy Pulfrey/Aberdeen/BIA/DOI@BIA, Donald Sutherland/DC/BIA/DOI@BIA, Aurene Martin/DC/BIA/DOI@BIA
Subject: Sen. Conrad interest in Hog Farm

☐ Return receipt

Neal -

Senator Conrad of North Dakota is very concerned about the status of the Hog Farm at Rosebud.

Jackie Cheek and I met today with Bob Van Heuvelen, Chief of Staff for Senator Conrad (and coincidentally a former boss of mine from EPA), and with Tracee Gross, Senator Conrad's Legislative Assistant.

Apparently a former Governor of North Dakota has some financial interest in the hog farm, and called Senator Conrad with concerns about the Court of Appeals decision. Mr. Van Heuvelen stated that there was $100 million at stake, presumably for Bell Farms in total, and not just for the former Governor. The Senator also has general concerns about the effect of the Court of Appeals decision on economic development in Indian Country. Thus the interest from the North Dakota delegation regarding a South Dakota hog farm. We indicated your active interest in economic development in Indian Country, as well.

You and Solicitor Myers will receive a letter later today or early tomorrow from Senator Conrad, seeking your commitment to:

1. Take a personal involvement in resolving the issue of what happens with the hog farm. Mr. Van Heuvelen suggested that you facilitate a resolution between the Tribe, Bell Farms, and the environmental groups.

[Although I think you can play a role in helping resolve this, as you have offered to do, I don't think you can play as active a role as Mr. Van Heuvelen was suggesting. BIA would have to be a party to any true facilitation process, and could not therefore serve as the mediator. If the parties thought using a mediator would assist with the decision-making process, we could either financially support that process or refer it to the DOI's Office of Collaborative Action and Dispute Resolution for assistance. A mediation on this dispute might help resolve issues between the Tribe, Bell Farms and BIA, but I doubt that the environmental parties that object to the hog farm would agree to participate in such a process.]

2. Commit to support whatever NEPA process becomes necessary. Specifically, Mr. Van Heuvelen asked me to prepare a list of the things we would need to do to either redo an environmental assessment or supplement the existing one, if the Tribe decided to allow the two existing facilities to remain. I can work on that with the Region and the Solicitor's office.

[Some members of the Council have apparently expressed interest in having a full EIS done even if just the two facilities remain. My Division has set aside some funds to be used for an EIS if that becomes necessary for any option that the Tribe chooses.]

3. Work _now_ to develop a litigation strategy with the Department of Justice to defend whatever action we take. Mr. Van Heuvelen said he would call his contacts in the Justice Department to ensure that DOJ is actively involved.

Mr. Van Heuvelen requested that you reply to the Senator's letter by Thursday and asked Jackie to check your calendar to see if you are available to meet with the Senator this Friday. We informed them that we believed you would be on travel status, so could not meet with the Senator on Friday, but that we would reply to the letter as soon as we could, given that we would need to coordinate the response with the Region.

From the tone of the meeting, I think that you can expect that the Senator will want to meet with you personally at some point in the near future.

Other points that Mr. Van Heuvelen made:

1. The Senator may want to resolve the standing issue legislatively.

2. The Senator may want to amend the Interior appropriations bill to redress the issue (although it was unclear what the form of redress would be: Reparations to Bell Farms? Legislative determination that the hog farm can stay?)

3. He was not sure if an agreement to maintain the two existing facilities would satisfy the interests of the former Governor, or if the full build out of all 13 sites would be required.

4. He expressed a great deal of surprise that Cora Jones had returned as the Regional Director. He had apparently been informed that she had been permanently reassigned elsewhere.

5. He requested that we confirm for him who made the decision to approve the lease to begin with and whether that decision was made before or after concerns about the project had been raised by the environmental groups. I could not remember the exact timeline, so declined to speculate.

I will draft a response to the Senator's letter when it arrives, and perhaps we can discuss it early next week.


Jerry Gidner

Chief, Division of Environmental and
Cultural Resources Management

Phone:  202-208-5696
Fax:    202-208-1605
Email:  Jeroldgidner@bia.gov