# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| SOUTH DAKOTA | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2004 | 2003 | 2002 | 2001 | 2000 | 1999 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 950 | 958 | 911 | 810 | 766 | 849 | | |
| | Terminations | | 856 | 911 | 839 | 760 | 773 | 819 | | |
| | Pending | | 764 | 687 | 652 | 597 | 572 | 606 | | |
| | % Change in Total Filings | Over Last Year | -.8 | | | | | | 56 | 8 |
| | | Over Earlier Years | | 4.3 | 17.3 | 24.0 | 11.9 | | 43 | 8 |
| Number of Judgeships | | | 3 | 3 | 3 | 3 | 3 | 3 | | |
| Vacant Judgeship Months** | | | .0 | .0 | .0 | .0 | .0 | 7.3 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 317 | 319 | 304 | 270 | 255 | 283 | 79 | 9 |
| | | Civil | 134 | 164 | 155 | 156 | 148 | 153 | 90 | 10 |
| | | Criminal Felony | 143 | 121 | 105 | 114 | 107 | 130 | 10 | 3 |
| | | Supervised Release Hearings** | 40 | 34 | 44 | - | - | - | 12 | 2 |
| | Pending Cases | | 255 | 229 | 217 | 199 | 191 | 202 | 85 | 9 |
| | Weighted Filings** | | 333 | 332 | 292 | 291 | 264 | 300 | 79 | 9 |
| | Terminations | | 285 | 304 | 280 | 253 | 258 | 273 | 83 | 10 |
| | Trials Completed | | 23 | 27 | 23 | 24 | 32 | 29 | 28 | 5 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 6.3 | 6.0 | 6.6 | 6.1 | 5.7 | 5.5 | 16 | 3 |
| | | Civil** | 11.8 | 9.4 | 10.9 | 12.3 | 11.2 | 12.0 | 85 | 10 |
| | From Filing to Trial** (Civil Only) | | 25.0 | 19.0 | 12.0 | 22.0 | 18.7 | 21.0 | 53 | 8 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 25 | 26 | 16 | 15 | 14 | 8 | | |
| | | Percentage | 5.6 | 5.7 | 3.4 | 3.8 | 3.6 | 1.9 | 66 | 10 |
| | Average Number of Felony Defendants Filed Per Case | | 1.3 | 1.3 | 1.1 | 1.2 | 1.2 | 1.2 | | |
| | Jurors | Avg. Present for Jury Selection | 43.92 | 28.09 | 41.04 | 39.43 | 41.68 | 37.28 | | |
| | | Percent Not Selected or Challenged | 35.5 | 32.7 | 29.2 | 31.1 | 37.3 | 29.1 | | |

**2004 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE**

| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 403 | 31 | - | 120 | 7 | 10 | 14 | 60 | 71 | 11 | 53 | - | 26 |
| Criminal* | 428 | 27 | 8 | 29 | 3 | 38 | 91 | ** | 3 | 58 | 72 | 1 | 98 |

\*  Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."