IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CONCERNED ROSEBUD AREA CITIZENS, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GALE NORTON, et al., ) <br> ) <br> Defendants. ) | No. 05-CV-01275 |

**MOTION FOR EXTENSION OF TIME TO FILE REPLY
TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR,
ALTERNATIVELY, TO TRANSFER VENUE**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.1 of the United States District Court of the District of Columbia, Defendants respectfully move this Court for an extension of time until October 28, 2005, to file their Reply to Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss or, Alternatively, to Transfer Venue.

In support of their Motion, Defendants respectfully submit that the extension is needed to consult with the federal agency at issue in this matter, the Department of the Interior, and to prepare an appropriate Reply.

In accordance with local rule LcvR 7.1(m), Defendants have conferred with counsel for Plaintiffs, and Plaintiffs' counsel has stated that he does not object to this extension.

Dated: October 17, 2005

                                                      Respectfully submitted,

                                                      KELLY A. JOHNSON
                                                      Assistant Attorney General
                                                      Environment & Natural Resources Division

_____/S/_____
John H. Turner, Jr.
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Indian Resources Section
P.O. Box 44378
L'Enfant Plaza Station
Washington, D.C. 20026-4378
Street Address:
601 D Street, N.W., Suite 3507
Washington, DC 20004
Telephone: (202) 305-0269
Facsimile: (202) 305-0271
E-mail: john.turner@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONCERNED ROSEBUD AREA CITIZENS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | No. 05-CV-01275 |
| ) | |
| GALE NORTON, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS OR, ALTERNATIVELY, TO TRANSFER VENUE**

Having considered Defendants' Motion for Extension of Time to File Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss or, Alternatively, to Transfer Venue, and good cause having been shown, it is hereby ORDERED that:

Defendants' Motion for Extension of Time to October 28, 2005, to respond to Plaintiffs' Opposition to Defendants' Motion to Dismiss or, Alternatively, to Transfer Venue, is GRANTED. Defendants shall respond to Plaintiffs' Opposition to Defendants' Motion to Dismiss or, Alternatively, to Transfer Venue on or before October 28, 2005.

Dated: October _____, 2005

_____
Hon. James Robertson

Copies to:

Charles Findlay
Phillip Brooks
David F. Shuey
Brian L. Ferrell
Sarah D. Himmelhoch
Trial Attorneys
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 633
Washington, D.C. 20004-0633

Dennis M Gingold, Esq.
Mark Brown, Esq.
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Keith Harper, Esq.
Lorna Babby, Esq.
Native American Rights Fund
1712 N Street NW
Washington, D.C. 20036-2976

Thaddeus Holt, Esq.
P.O. Box 440
Point Clear, AL 36564