IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CONCERNED ROSEBUD AREA CITIZENS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | No. 05-CV-01275 |
| ) | |
| GALE NORTON, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS OR, ALTERNATIVELY, TO TRANSFER VENUE**

Having considered Defendants' Motion for Extension of Time to File Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss or, Alternatively, to Transfer Venue, and good cause having been shown, it is hereby ORDERED that:

Defendants' Motion for Extension of Time to October 28, 2005, to respond to Plaintiffs' Opposition to Defendants' Motion to Dismiss or, Alternatively, to Transfer Venue, is GRANTED. Defendants shall respond to Plaintiffs' Opposition to Defendants' Motion to Dismiss or, Alternatively, to Transfer Venue on or before October 28, 2005.

Dated: October _____, 2005

_____
Hon. James Robertson

Copies to:

Charles Findlay
Phillip Brooks
David F. Shuey
Brian L. Ferrell
Sarah D. Himmelhoch
Trial Attorneys
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 633
Washington, D.C. 20004-0633

Dennis M Gingold, Esq.
Mark Brown, Esq.
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Keith Harper, Esq.
Lorna Babby, Esq.
Native American Rights Fund
1712 N Street NW
Washington, D.C. 20036-2976

Thaddeus Holt, Esq.
P.O. Box 440
Point Clear, AL 36564